IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **VALENTIN HERNANDEZ,** | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:15-CV-4016-L** |
| | § | |
| **SAFECO INSURANCE COMPANY OF INDIANA AND TIMOTHY DOW CRAWFORD,** | § § § | |
| | § | |
| Defendants. | § | |

### JUDGMENT

  This judgment is issued pursuant to the Findings, Conclusions and Recommendation of the United States Magistrate Judge entered on June 27, 2016, and the court's August 9, 2016 order. It is therefore ORDERED, ADJUDGED, and DECREED that Plaintiff Valentin Hernandez's ("Plaintiff") claims against Defendant Timothy Dow Crawford ("Crawford") are **dismissed with prejudice**; that Plaintiff take nothing against Crawford; that all allowable and reasonable costs are taxed against Plaintiff; and that all relief not expressly granted herein is **denied**. Further, the court expressly determines, pursuant to Federal Rule of Civil Procedure 54(b), that there is no just reason to delay the entry of final judgment in this case as to Crawford and **directs** the clerk of the court to enter this judgment as a final judgment with respect to Crawford.

  **Signed** this 9th day of August, 2016.

_/s/ Sam A. Lindsay_
Sam A. Lindsay
United States District Judge