IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VALENTIN HERNANDEZ,<br>    Plaintiff | §<br>§<br>§ | |
| v. | § | CIVIL NO. 3:15-cv-04016-L |
| | § | |
| SAFECO INSURANCE COMPANY<br>OF INDIANA<br>    Defendant | §<br>§<br>§<br>§ | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Plaintiff Valentin Hernandez ("Plaintiff") and Defendant Safeco Insurance Company of Indiana ("Defendant") and file this Joint Motion to Dismiss with Prejudice, and for cause would show the Court the following:

**I.**

Plaintiff and Defendant request that Plaintiff's claims against Defendant in this lawsuit be dismissed because the parties have compromised and settled their differences.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Valentin Hernandez and Defendant Safeco Insurance Company of Indiana request that Plaintiff's claims against Defendant in the above-referenced cause be dismissed with prejudice to refile same, that all costs be assessed against the party incurring same, and for all other relief to which the parties have shown themselves justly entitled.

Respectfully submitted,

HANNA & PLAUT, L.L.P.
211 East Seventh Street, Suite 600
Austin, Texas 78701
Telephone:     (512) 472-7700
Facsimile:      (512) 472-0205


By: */s/ Catherine L. Hanna*
    Catherine L. Hanna
    State Bar No. 08918280
    Email:  channa@hannaplaut.com
    Sheila S. Tan
    State Bar No.  24078047
    Email:  stan@hannaplaut.com

**ATTORNEYS FOR DEFENDANT SAFECO INSURANCE COMPANY OF INDIANA**


AND


THE FITTS LAW FIRM, PLLC
2700 Post Oak Boulevard, Suite 1120
Houston, Texas  77056
Telephone:     (713) 871-1670
Facsimile:      (713) 583-1492


By: */s/ Carla R. Delpit*
    Bryan A. Fitts
    State Bar No. 24040904
    Email: bfitts@fittslawfirm.com
    Carla R. Delpit
    State Bar No. 24082183
    Email:  cdelpit@fittslawfirm.com

**ATTORNEYS FOR PLAINTIFF VALENTIN HERNANDEZ**

**CERTIFICATE OF SERVICE**

      I hereby certify that on  September 7   , 2017, a true and correct copy of this document was filed via the Court's ECF system pursuant to LR5.1.  The notice of electronic filing generated by the ECT system constitutes service of the document on counsel who are registered users of the system.  Any other counsel of record will be served pursuant to FRCP 5(b) on this same date.

Bryan A. Fitts
Carla R. Delpit
The Fitts Law Firm, PLLC
2700 Post Oak Boulevard, Suite 1120
Houston, Texas  77056
Telephone:  (713) 871-1670
Facsimile:  (713) 583-1492
*Attorneys for Plaintiff*

                                                  */s/ Catherine L. Hanna*
                                                  Catherine L. Hanna