# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| VALENTIN HERNANDEZ, § § Plaintiff, § § v. § § SAFECO INSURANCE COMPANY OF INDIANA, § § Defendant. § | Civil Action No. **3:15-CV-4016-L** |

## ORDER

Before the court is the parties' Joint Motion to Dismiss With Prejudice, filed September 7, 2017. The court determines that the motion should be, and is hereby, **granted**. Accordingly, all claims and causes of action of Plaintiff Valentin Hernandez against Defendant Safeco Insurance Company of Indiana are **dismissed with prejudice**. The parties shall bear their own costs.

**It is so ordered** this 8th day of September, 2017.

_____
Sam A. Lindsay
United States District Judge

**Order – Solo Page**